MICHAEL J. HURLEY   SBN 153174
Law Offices of Michael J. Hurley
9121 Haven Avenue, Suite 130
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-mail:     mogahurley@aol.com

Attorney for Plaintiff,
M ANGELICA CONEJO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| M ANGELICA CONEJO,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br>,<br><br>                    Defendant. | No.: EDCV 13-358 DMG (JCG)<br><br><br>~~PROPOSED ORDER;~~<br>ORDER OF DISMISSAL |

IT IS HEREBY ORDERED that case number EDCV 13-358 DMG (JCG) is dismissed at the request of the parties.

DATED: May 1, 2013          _____

                            JAY C. GANDHI
                            UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL